1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAN SOFIE,

                Plaintiffs,

      v.

LOWE'S HOME CENTER, LLC,

              Defendants.

Case No. 23-cv-03622-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 2/16/24 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  12/15/2023

PRIVATE MEDIATION DEADLINE:  5/15/24.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/14/24.

DESIGNATION OF EXPERTS: 6/28/24; REBUTTAL: 7/12/24;
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/30/24.

DISPOSITIVE MOTIONS **SHALL** be filed by; 7/12/24;
      Opp. Due: 7/26/24; Reply Due: 8/2/24;
      and set for hearing no later than 8/16/24 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  9/24/24
PRETRIAL CONFERENCE DATE: 10/8//24 at 1:30 PM.

JURY TRIAL DATE: 10/21/2024 at 8:30 AM.
      Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: January 10, 2024

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2