UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN SOFIE,<br><br>           Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTER, LLC, and DOES 1 to 20, inclusive,<br><br>           Defendants. | Case No.: Case 3:23-cv-03622-SI<br>[*Sonoma County Superior Court Case No.:SCV-272507*]<br><br>[PROPOSED] ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)<br><br>Complaint Filed: January 24, 2023 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff JAN SOFIE is hereby dismissed in its entirety, with prejudice.

Dated: January 10, 2025          By: _____
                                      U.S. DISTRICT COURT JUDGE

- 1 -
**[PROPOSED] ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**[PROPOSED] ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| BANYAN PARKER, ESQ.<br>BANYAN PARKER LAW<br>722 Spring Street<br>Santa Rosa, CA 95404<br>Phone: (707)583-1010<br>Cell: (707) 477-0555<br>Email: bparker@banyanlaw.com | Attorneys for Plaintiff,<br>JAN SOFIE |
| Scott R. Montgomery, Esq.<br>Abbey, Weitzenberg, Warren & Emery<br>100 Stony Point Road, Ste. 200<br>Santa Rosa, CA 95401<br>(707) 542-5050; Fax: (707) 542-2589<br>smontgomery@abbeylaw.com | Associate Counsel for Plaintiff,<br>JAN SOFIE |

5. a. **X** **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 1/10/2025 | Amy Eivazian | *[signature]* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\33000-000\33851\Pleadings\FEDERAL\Order of Dismissal.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221